FILED
CLERK, U.S. DISTRICT COURT
JUN - 2 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA CULVER,<br>Plaintiff,<br>vs.<br>TIFFANY BURTON, et al.,<br>Defendants. | Case No. CV 14-3952 UA<br><br>ORDER REMANDING ACTION |

For the reasons set forth in the Order denying leave to file this action without prepayment of filing fees, this action is hereby REMANDED to the state superior court for further proceedings.

IT IS SO ORDERED.

DATED: 5/2\_\_, 2014

HON. GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE